**ROBERT J. O'CONNOR, Esq.**
**DAVID G. BANES, Esq.**
**GEORGE L. HASSELBACK, Esq.**
**O'Connor Berman Dotts & Banes**
**Second Floor, Nauru Building**
**P.O. Box 501969**
**Saipan, MP96950**
**Telephone No. (670) 234-5684**
**Facsimile No. (670) 234-5683**

**Attorneys for Ae Ja Elliot Park**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| AE JA ELLIOT PARK, ) | CIVIL ACTION NO. 07-0021 |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | **PLAINTIFF'S EXPARTE MOTION** |
| JARROD MANGLONA, MICHAEL ) | **FOR SERVICE BY PUBLICATION** |
| LANGDON, ANTHONY MACARANAS, ) | |
| DEPARTMENT OF PUBLIC SAFETY and ) | |
| JUAN DOES 1-4, NORBERT DUENAS ) | |
| BABAUTA, ) | |
| Defendants. ) | |

Plaintiff Ae Ja Elliot Park, by counsel, hereby moves for an order allowing service of the Summons to Defendants Michael Langdon and Norbert Duenas Babauta by publication. Michael Langdon and Norbert Duenas Babauta are believed to have permanently left the Commonwealth, preventing service of the Summons and First Amended Complaint directly upon them.

The Office of the Attorney General will be served with a copy of the Summons and First Amended Complaint for said Defendants. Plaintiff seeks here an order allowing service by publication to ensure that Plaintiff will lawfully be able to take judgment against Defendants Langdon and Babauta.

1

This motion is being filed ex parte because no Defendant has appeared or has filed a responsive pleading. This motion is made pursuant to Rule 4 (e)(1) of the Federal Rules of Civil Procedure, 7 CMC § 1104, and is supported by a Declaration of Counsel, Memorandum, and the records and files in this case.

Dated: July 20, 2007.

                                        O'CONNOR BERMAN DOTTS & BANES
                                        Attorneys for Plaintiff Ae Ja Elliot-Park

                                        By: /s/_____
                                               David G. Banes, Esq.