**ROBERT J. O'CONNOR, Esq.**
**DAVID G. BANES, Esq.**
**GEORGE L. HASSELBACK, Esq.**
**O'Connor Berman Dotts & Banes**
**Second Floor, Nauru Building**
**P.O. Box 501969**
**Saipan, MP96950**
**Telephone No. (670) 234-5684**
**Facsimile No. (670) 234-5683**

**Attorneys for Ae Ja Elliot Park**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| AE JA ELLIOT PARK, | CIVIL ACTION NO. 07-0021 |
| Plaintiff, | |
| vs. | MEMORANDUM IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION FOR SERVICE BY PUBLICATION |
| JARROD MANGLONA, MICHAEL LANGDON, ANTHONY MACARANAS, DEPARTMENT OF PUBLIC SAFETY and JUAN DOES 1-4, NORBERT DUENAS BABAUTA, | |
| Defendants. | |

Rule 4 (e) (1) of the Federal Rules of Civil Procedure provides that service upon an adult, competent individual within a judicial district of the United States may be effected pursuant to the law of the state in which the court is located or where service is made.

Service by publication was valid under state law and therefore effective under Rule 4 (e)(1). *US v. Approximately $14,173.00 in U.S. Currency*, 2006 WL 449100 (E.D. Cal., 2006)

Commonwealth law provides that service of process upon any person subject to the court's jurisdiction may be made as provided by 7 CMC § 1104 if the person cannot be found in the Commonwealth, with the same force and effect as if process had been personally served within the Commonwealth. 7 CMC § 1102

1

7 CMC § 1104 provides in relevant parts:

(a) When service of process is provided by CMC § 1102 and 1103, service shall be made by leaving a certified copy with the Attorney General, who shall keep a record of each such process and the day and hour of service; provided, that notice of the service and a copy of the summons and of the complaint are served upon the defendant personally by any person authorized to serve process …; or sent by certified or registered mail …

(b) After service on the Attorney General, if the defendant cannot be personally served by mail the summons and complaint, and if by affidavit or otherwise the court is satisfied that with reasonable diligence the defendant cannot be served, and that a cause of action arises upon whom service is to be made, or he is a necessary and proper party to the action, the court may order that service be made by publication of the summons in at least one newspaper published and having a general circulation in the Commonwealth. Publication shall be made once each week for four successive weeks, and the last publication shall not be less than 21 days prior to the return date stated herein.

Plaintiff seeks an order allowing service by publication because Defendants Michael Langdon and Norbert Duenas Babauta are believed to have permanently left the Commonwealth and to ensure that Plaintiff will lawfully be able to take judgment on the Complaint against said Defendants in the event that they fail to respond within twenty-one (21) days after the final publication. Plaintiff will also serve the Attorney General as required by law.

Dated: July 20, 2007.

                                                                              O'CONNOR BERMAN DOTTS & BANES
                                                                              Attorneys for Plaintiff Ae Ja Elliot-Park

                                                     By:  /s/_____
                                                                  David G. Banes, Esq.

3268-01-070717-PL-MemoMotionPublication

2