ROBERT J. O'CONNOR, Esq.
DAVID G. BANES, Esq.
GEORGE L. HASSELBACK, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

Attorneys for Ae Ja Elliot Park

F I L E D
Clerk
District Court

JUL 2 3 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| AE JA ELLIOT PARK,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>JARROD MANGLONA, MICHAEL LANGDON, ANTHONY MACARANAS, DEPARTMENT OF PUBLIC SAFETY and JUAN DOES 1-4, NORBERT DUENAS BABAUTA,<br>　　　　Defendants. | CIVIL ACTION NO. 07-0021<br><br>[▬▬▬▬▬]<br>ORDER GRANTING PLAINTIFF'S EXPARTE MOTION FOR SERVICE BY PUBLICATION |

The Court, based on the pleadings and papers on file in this matter and the applicable law, ORDERS as follows:

Plaintiff's Motion for Service by Publication is GRANTED. Plaintiff shall serve the Amended Summons for Michael Langdon and Norbert Duenas Babauta on the Office of the Attorney General. Plaintiff shall also cause the Amended Summons to be published in at least one newspaper of general circulation in the Commonwealth of the Northern Mariana Islands. Publication shall be made once a week for four consecutive weeks.

1   IT IS SO ORDERED.

2   Dated this 23rd day of July, 2007.

*[signature]*
JUDGE ALEX R. MUNSON

22  K:\David Banes\3268-01 AE JA ELLIOT PARK\Pleadings\Draft\3268-01-070717-PL-OrderMotionPublication.doc