ROBERT J. O'CONNOR, Esq.
DAVID G. BANES, Esq.
GEORGE L. HASSELBACK, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

Attorneys for Ae Ja Elliot Park

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| AE JA ELLIOT PARK,<br><br>    Plaintiff,<br><br>vs.<br><br>JARROD MANGLONA, MICHAEL LANGDON, ANTHONY MACARANAS, DEPARTMENT OF PUBLIC SAFETY and JUAN DOES 1-4, NORBERT DUENAS BABAUTA,<br><br>    Defendants. | CIVIL ACTION NO. 07-0021<br><br>PROOF OF PUBLICATION |

I, AURALOU B. SABANGAN, declare under penalty of perjury, that I caused the publication of the Amended Summons to Norbert Duenas Babauta on the August 3, 2007, August 10, 2007, August 17, 2007, and August 24, 2007 issues of the Marianas Variety News and Views.  See Exhibit "A."

This declaration is made at Saipan, Commonwealth of the Northern Mariana Islands this 24th day of August, 2007.

_____
Auralou B. Sabangan

K:\David Banes\3268-01 AE JA ELLIOT PARK\Pleadings\Draft\3268-01-070824-PL-ProofPublication.doc

1

MARIANAS VARIETY NEWS AND VIEWS · FRIDAY · AUGUST 3, 2007

Adoption for the above-named minor child
by Jesus Q. Deleon Guerrero and Wilhelma
C. Deleon Guerrero was filed with the
above entitled Honorable Court.
A Hearing of said petition for Adoption will
be held at the above-entitled Honorable
Court at Guma Hustisia Building, Susupe,
Saipan, NMI, on the 27th day of August,
2007 at 1:30 pm or as soon as thereafter.

/s/ CLERK OF COURT
/s/ DEPUTY CLERK OF COURT

Torres Brothers, LLC
Joaquin DLG. Torres, Esq. (F0257)
Attorneys at Law
P.O. Box 501856
Saipan, MP 96950
Bank of Guam Building, Third Floor
Tel.: (670) 233-5504/06
Fax: (670) 233-5510
Attorneys for Petitioner
Matilde V. and Joaquin V. Deleon Guerrero

**In the Superior Court of the Commonwealth of the Northern Mariana Islands**

CIVIL ACTION NO. 07-0272

IN THE MATTER OF THE ESTATE OF
LORENZO IGLESIAS DELEON GUERRERO
Deceased

**NOTICE OF HEARING AND NOTICE TO CREDITORS**

NOTICE is hereby given that petitioners for
Letters of Administration seeking
appointments of Matilde Villagomez Deleon
Guerrero as Administratrix and Joaquin
Villagomez Deleon Guerrero of the Estate
of LORENZO IGLESIAS DELEON
GUERRERO [Deceased], was filed in the
above entitled Court. A hearing has been
set for the above-entitled matter and will be
held in Courtroom 217 of the
Commonwealth Superior Court, located at
the House of Justice-Guma Hustisia-inval
Aweewe, Susupe, Saipan, Commonwealth of
the Northern Mariana Islands, at 1:30 pm
on August 14, 2007

Dated this 9th day of July, 2007

/s/ DEPUTY CLERK OF COURT

---

**Procurement And Supply**
**CNMI Government**

**INVITATION TO BID**

ITB NO.: ITB07-DPH/WIC-114

Opening Date: August 21, 2007   TIME: 10:00 A.M.

"PURCHASE OF FIVE (5) LAP TOP COMPUTERS; ONE (1) ROUTER W/VPN
ONE (1) ROUTER W/ STORAGE LINK; AND ACCESSORIES
FOR THE DEPARTMENT OF PUBLIC HEALTH-WIC PROGRAM."

COPIES OF THE SPECIFICATIONS MAY BE PICKED-UP AT THE OFFICE OF THE
DIRECTOR, DIVISION OF PROCUREMENT AND SUPPLY IN LOWER BASE DR. SAIPAN,
DURING REGULAR WORKING HOURS.

PREFERENCE IS AVAILABLE TO LOCAL BIDDERS PER ARTICLE 7 OF THE CNMI
PROCUREMENT REGULATIONS AND MUST BE SUBMITTED WITH THE BID IF
PREFERENCE IS CLAIMED.

/s/ JOSEPH K.P. VILLAGOMEZ
SECRETARY of HEALTH

/s/ HERMAN S. SABLAN
DIRECTOR, P & S

---

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

AE JA ELLIOT PARK,
Plaintiff,
vs.
JARROD MANGLONA, MICHAEL
LANGDON, ANTHONY MACARANAS,
DEPARTMENT OF PUBLIC SAFETY
and JUAN DOES 1-4, NORBERT
DUENAS BABAUTA, Defendants.

CIVIL ACTION NO. 07-0021

**AMENDED SUMMONS**

TO NORBERT DUENAS BABAUTA

YOU ARE HEREBY SUMMONED and
notified to file with the Clerk of Court for the
United States District Court, any answer
you wish to make to the First Amended
Complaint, within twenty one (21) days
after the fourth publication of this Amended
Summons, and to deliver or mail a copy of
your answer to Atty. David G. Banes, Law
Firm of O'Connor Berman Dotts & Banes,
Attorney for Plaintiff, at P.O. Box 501969,
Saipan, MP 96950, as soon as practicable
after filing your answer or sending it to the
Clerk of this Court for filing.

Your answer should be in writing and
filed with the Clerk of this Court. It may
be prepared and signed for you by your
counsel and sent to the Clerk of this Court
by messenger or mail. It is not necessary
for you to appear personally until further
notice.

If you fail to file an Answer in accordance
with this Amended Summons, judgment
by default will be taken against you for
the relief demanded in the First Amended
Complaint.

Dated this 1st day of August, 2007.

/s/ Clerk of Court

1st of 4 publications

---

## Woods back on favorite course at Fire



Tiger Woods follows his tee shot at Firestone Country Club in Akron,
Ohio, during practice for the Bridgestone Invitational golf tournament
Wednesday.
AP

**AKRON, Ohio (AP)**— Tiger
Woods has a pretty good record
nearly everywhere, but nowhere
has he had more success than
Firestone Country Club

he draws a bit of a blank.
"Those are places I seem to play
well every time," he said. "Certain
courses just fit your eye and it's

1:59.11.

Torres won the 14th national title
of her long career more than a quar-
ter-century after the first, as a 14-
year-old in 1982. Two years later,
she made her first Olympic appear-
ance at the Los Angeles Games.

Now, flash ahead a couple of de-
cades.

A year after coming out of retire-
ment, Torres posted the sixth-fastest
time in U.S. history, 54.45, and was
just two-hundredths of her personal
best, set in 2000.

She's already working on some
age jokes that should play well in
Beijing. Asked about her first na-
tional title, Torres quipped, "I don't
think I remember it. When you get
old, you lose your memory."

Someone pointed out that the
men's 100 free champion was 19-
year-old David Walters, who beat
out a strong field that included 50
free world champion Ben Wildman-
Tobriner and South African stars
Roland Schoeman and Ryk
Neethling.

"He's my son," Torres said of
Walters. "Well, he could be."

He's not the only competitor
young enough to be Torres' child.

Michael Phelps launches in the men's 200-meter backs
Swimming Nationals in Indianapolis, Wednesday. Phel
a US Open record with a time 1:54.65.

The finals of the 10
three teenagers and
olds.

"She's absolutely
16-year-old Caitlin
didn't race against
honored to warm up
during the morning
push off from the wall
line is one of the fast
— and she's like 40
thinking, 'Wait, this
I'm just kidding. This
legend."

in Tulsa, Oklahoma
Until this year, the
was always held im
ter the PGA, which
laxed feel as most c
unwound after the
major.

With the new Fed
starting later this m
and the other top pl
called upon to play
seven weeks, a tall,
pampered modern pi
Woods never play
three weeks in a row,
was his "intent" to j
FedEx Cup events o
tive weeks.

"I haven't played th
long time," he said. "
be interesting to see
thing holds up."
While Woods play
with every expectation
Padraig Harrington w

MARIANAS VARIETY NEWS AND VIEWS - FRIDAY - AUGUST 10, 2007

## APARTMENT FOR RENT
**Near NMC**
Fully furnished, From $400 per month, 24Hrs Purified water, Generator utilities, Cable TV included, Swimming Pool
**Call 235-1615/483-3339**

## APARTMENT FOR RENT
In As Lito near the College & Happy Market • Fully Furnished (1) bedroom & studio available • Safe & quiet location with 24 hrs. water
Please call 256-3864 or 287-7769

### APARTMENT FOR RENT
Location: GARAPAN AREA
(Near DFS/Hard Rock Cafe)

**TWO (2) BEDROOM**
Fully furnished; Split type A/C on all bedroom including dining, living & kitchen, spacious parking; Security guard; Laundromat Facilities
Call 483-7171/235-7171

### APARTMENT FOR RENT
Location: SAN VICENTE AREA
**1 & 2 BEDROOM**
Furnish/semi-furnish; Split type A/C on fedroom & living room; Oceanview; Breezy atmosphere; Laundry facilities; Spacious parking; 24 hrs power & water (Generator);
Must see to appreciate
Call 483-7171/235-7171

### WAREHOUSE FOR RENT
Location: San Vicente Area;
Area: 3,600 SF
Price: 40 cents per SF; Negotiable
Please call: 483-7171; 235-7171

## APARTMENT FOR RENT
**24 HRS. WATER • 2 BEDROOMS • SWIMMING POOL**
**• TENNIS COURT • LAUNDRY FACILITY**

### KANNAT GARDENS
(NEAR NORTHERN MARIANAS COLLEGE)
234-5689 (8:30 AM to 5:30 PM. Weekdays) 234-9849 (6:00 PM to 9:00 PM. Everyday incl. Sat & Sun.)

### Procurement And Supply
**CNMI Government**
**INVITATION TO BID**
ITB NO.: ITB07-DPH/WIC-114
Opening Date: August 21, 2007  TIME: 10:00 A.M.
"PURCHASE OF FIVE (5) LAP TOP COMPUTERS: ONE (1) ROUTER W/VPN ONE (1) ROUTER W/ STORAGE LINK AND ACCESSORIES FOR THE DEPARTMENT OF PUBLIC HEALTH-WIC PROGRAM."
COPIES OF THE SPECIFICATIONS MAY BE PICKED-UP AT THE OFFICE OF THE DIRECTOR, DIVISION OF PROCUREMENT AND SUPPLY IN LOWER BASE DR. SAIPAN, DURING REGULAR WORKING HOURS.

---

IN THE
UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

AE JA ELLIOT PARK,
Plaintiff,

vs.

JARROD MANGLONA, MICHAEL LANGDON, ANTHONY MACARANAS, DEPARTMENT OF PUBLIC SAFETY, and JUAN DOES 1-4, NORBERT DUENAS BABAUTA, Defendants.

CIVIL ACTION NO. 07-0021

**AMENDED SUMMONS**

TO NORBERT DUENAS BABAUTA

YOU ARE HEREBY SUMMONED and notified to file with the Clerk of Court for the United States District Court, any answer you wish to make to the First Amended Complaint, within twenty one (21) days after the fourth publication of this Amended Summons, and to deliver or mail a copy of your answer to Atty. David G. Banes, Law Firm of O'Connor Berman Dotts & Banes, Attorney for Plaintiff, at P.O. Box 501969, Saipan, MP 96950, as soon as practicable after filing your answer or sending it to the Clerk of this Court for filing.

Your answer should be in writing and filed with the Clerk of this Court. If may be prepared and signed for you by your counsel and sent to the Clerk of this Court by messenger or mail. It is not necessary for you to appear personally until further notice.

If you fail to file an Answer in accordance with this Amended Summons, judgment by default will be taken against you for the relief demanded in the First Amended Complaint.

Dated this 1st day of August, 2007.

/s/ Clerk of Court

2nd of 4 publications

---



fun for kids
a game to play with your young
by Barbara Shev, The Games Lady

### For ages 2-15
Shadows make instant fun. The next time you are outside with your darling child when the sun is low in the horizon, have good fun romping with these games.

### Shadow Games

**Materials:**
None but a time of the day when your bodies cast a shadow on the ground

**Directions:**
Don't step on my shadow:
Telling your child not to do something that she knows it's really okay to do makes this game silly fun. You say, "Don't step on my shadow" and keep scurrying away as she tries to put a foot on your shadow. Take turns with this one seeing if you can step on her shadow while she moves away and tries to prevent your stepping on her shadow.



Want more games?
www.gamesladyx.com

---

tree root, the sprint up the fairway at Medinah, the second-place finish filled with so much potential — fades further into memory.

Tiger Woods wipes his face on the practice ground of the 89th PGA Championship at the Southern Hills Country Club on Wednesday in Tulsa, Oklahoma.
AP

They are a long gray skies and Carnoustie, where H three weeks ago.

Heat figures to be as anything defend Tiger Woods might c Hills, which has a his some of the hottest Goosen, who won t here in 2001, played went through five bo

Not too many play than nine holes, if the

"I can't imagine an ing a lot," Chad C. "You don't want to out."

Woods stopped pl tice round on Wedn majors a few years ag have been especially changed his routine Hills. He arrived an hour be hit balls for an hour be for the putting green.

The world's No. 1 p last chance to add a collection this year, a mixed feelings about Woods has not play Hills particularly well trips, although he poir was an emotional wi with his father in the l didn't know where t going at the 2001 U.S

MARIANAS VARIETY NEWS AND VIEWS - FRIDAY - AUGUST 17, 2007 — 31

Rasiang Nogis and Rhonda F. Nogis aka Rhonda Fleming-Nogis and the Court ordering a public sale, pursuant to CMC Section 4537 (d) and (e) of Defendant; Nogis right, title, interest and claim in and to real property and all improvements there on situated in Koblerville Village, Saipan, Commonwealth of the Northern Mariana Islands described as:

Lot No. 005 1 243 Adopu Drive as more particularly described on Drawing/ Cadastral Plat No. 005 1 03, the original of which was recorded August 03, 1984 as Document No. 84-1400 at Commonwealth Recoder's, Saipan. The site contains a land area of 944 square meters and improved with a semi concrete dwelling.

The undersigned will sell at public auction, to the highest bidder, Defendants' right, title, and interest in and to the above described property, for cash, on the terms and conditions set forth here in below.

**1. Date, Time, and Place of Sale.** The sale, open to the general public (including the Defendant) will be at 10:00a.m. on 31st of August, 2007, at the entrance way of the Multipurpose Building, Susupe Village, Saipan. Registration for the auction will begin at 9:30 a.m.

**2. Inspection of Property.** It is responsibility of each bidder to inspect the property prior to the sale. Failure to inspect the property or any portion thereof will not constitute grounds for any claim, adjustment or rescission by any buyer.

**3. Warranties and Covenants.** The real property for sale in this Notice will be sold in its current condition. The sale will be held without any warranties or covenants whatsoever, whether express or implied, including but not limited to warranties of merchantability, and/or title or fitness for any purpose whatsoever, all which warranties and covenants are hereby expressly disclaimed. Neither the undersigned nor the Plaintiff shall be liable for the quality of the property listed, or for any defect in the description thereof. Buyer shall not be entitled to rescission, damages, or any other remedy on account thereof.

**4. Conduct of Sale.**
A. **RESERVE.** The auction sale will be held with reserve. The reserve price on the property offered for sale may or may not be disclosed to bidders, in the sole discretion of the undersigned.
B. **BIDS.** Bids may be submitted in advance for the property listed. The highest of such bid will be opening bid for the property. Advance bids may be submitted only in writing and delivered to Auctioneer, Law offices of Joshua Berger, Post Office Box 504340, Saipan, MP 96950. The bidder assumes all risks of non-delivery, late delivery, or mis-delivery of bids.
C. **DISPUTES.** The undersigned may resubmit the real property listed in this notice if a dispute arises as to any bid thereon.
D. **DEPOSIT.** Immediately after a sale is consummated the successful bidder shall pay to the undersigned a deposit of ten percent (10%) of the purchase price. Payment shall be in cash or by certified check. The balance of 90% must be paid to the Plaintiff, in care of the Law Offices of S. Joshua Berger, within seventy two (72) hours from the time of sale, in cash,

---

**USED CPU FOR SALE**
Only $25
On Minor Repair
**CALVATRON**
Call 233-5641
PROGRAMMING AND ALL REPAIR ABOUT COMPUTER
Open 7 days a week 9AM to 6PM

**APARTMENT FOR RENT**
In Beach Road Garapan
Must see to appreciate
One (1) Bedroom fully furnished
With back up generator and 24 hours water
Washer & Dryer Facilities in the building
Please call 322-6183

**FOR RENT**
2 bedroom Apartment
Newly renovated, Capitol Hill
Free trash collection & grass mowing
Please call 285-1164

**HOUSE/APT FOR RENT**
3 bedroom House
Located in Papago
Apartment for Rent
Located in San Antonio
Call 483-2431

**HOUSE FOR RENT**
Fully furnished
3 Bedroom, 2 bath with
w/ air condition
one computer room
Located in San Vicente
Call 235-7033

**Johara's Boutique**
is having a GARAGE SALE on
Aug. 18, 2007 at the back of
Hannam Supermarket.
Time: 7:00 am to 1:00 pm
Plus 5% to 10% discount for
New Arrival!
For more info. call: 288-2375

**APARTMENT FOR RENT**
Fully furnished, $400 per month
Generator utilities, Cable TV included,
24Hrs Purified water, Swimming Pool
Call 235-1615/483-3339

**APARTMENT FOR RENT**
One bedroom, fully furnished
$300.00 per month; Free cable;
no CUC deposit required
Located in Susupe
Contact: 287-2254/233-1190

**LAWN MOWER REPAIR/REWINDING**
LAUNDRY REPAIR REWINDING
SMALL ENGINE
GENERATOR MACHINE
MOTOR BIKE
BOAT ENGINE
Call 233-5641
CalvaTron
Open 7 days a week 9AM to 6PM

**VIDEO TRANSFER**
VHS to DVD-$8.00
"You may lose those precious memories if you don't act on it. Convert now before it's too late.
Call Uncle Ben's Studio at
234-0459 or 285-3560

**OFFICE SPACE FOR RENT**
1,000 Sq. Ft.
Located in Chalan Piao
at As Perdido Road
Call 235-7033

**Apartment for Rent**
Newly Renovated at Capitol Hill
Breezy, cool, power saving, luxury 3 bedroom fully furnished w/ brand new furnitures. Typhoon shutters, 24 hrs. water. Good neighborhood. Security & ample parking. See to appreciate. $500/month. Call 285-4992 Peter or 234-8868 (11:30-10:00pm).

**FOR SALE/HOUSES FOR RENT**
Partly furnished three (3) & two (2) bedroom concrete houses in Puerto Rico Village & Garapan.
For sale, Tangerine, Calamansi/Lemon plants, soft Betelnuts, Goats & Cow.
For more information, call 234-7497

a/c, power steering, 6cyl, smooth suspension but economical yet peppy
View & Test @
Marianas Baptist Church
Call Bob Berkey
235-9239 • Fax 234-6508
for appointment

**APARTMENT FOR RENT**
24 HRS. WATER • 2 BEDROOMS • SWIMMING POOL
• TENNIS COURT • LAUNDRY FACILITY
**KANNAT GARDENS**
(NEAR NORTHERN MARIANAS COLLEGE)
234-5689 (8:30 AM to 5:30 PM, Weekdays) 234-5849 (6:00 PM to 9:00 PM, Everyday incl. Sat. & Sun.)

All the above lot for $25,000 monthly

IN THE
UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

AE JA ELLIOT PARK,
Plaintiff,
vs.
JARROD MANGLONA, MICHAEL LANGDON, ANTHONY MACARANAS, DEPARTMENT OF PUBLIC SAFETY and JUAN DOES 1-4, NORBERT DUENAS BABAUTA, Defendants.

CIVIL ACTION NO. 07-0021

AMENDED SUMMONS

TO NORBERT DUENAS BABAUTA

YOU ARE HEREBY SUMMONED and notified to file with the Clerk of Court for the United States District Court, any answer you wish to make to the First Amended Complaint, within twenty one (21) days after the fourth publication of this Amended Summons, and to deliver and a copy of your answer to Atty. David G. Banes, Law Firm of O'Connor Berman Dotts & Banes, Attorney for Plaintiff, at P.O. Box 501969, Saipan, MP 96950, as soon as practicable after filing your answer or sending it to the Clerk of this Court for filing.

Your answer should be in writing and filed with the Clerk of this Court. It may be prepared and signed for you by your counsel and sent to the Clerk of this Court by messenger or mail. It is not necessary for you to appear personally until further notice.

If you fail to file an Answer in accordance with this Amended Summons, judgment by default will be taken against you for the relief demanded in the First Amended Complaint.

Dated this 1st day of August, 2007.

/s/ Clerk of Court

/s/ Clerk of Court

3rd of 4 publications

MARIANAS VARIETY NEWS AND VIEWS · FRIDAY · AUGUST 24, 2007

IN THE
UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

AE JA ELLIOT PARK,
Plaintiff,

vs.

JARROD MANGLONA, MICHAEL LANGDON, ANTHONY MACARANAS, DEPARTMENT OF PUBLIC SAFETY and JUAN DOES 1-4, NORBERT DUENAS BABAUTA, Defendants.

CIVIL ACTION NO. 07-0021

AMENDED SUMMONS

TO NORBERT DUENAS BABAUTA

YOU ARE HEREBY SUMMONED and notified to file with the Clerk of Court for the United States District Court, any answer you wish to make to the First Amended Complaint, within twenty one (21) days after the fourth publication of this Amended Summons, and to deliver or mail a copy of your answer to Atty. David G. Banes, Law Firm of O'Connor Berman Dotts & Banes, Saipan, MP 96950, as soon as practicable after filing your answer or sending it to the Clerk of this Court for filing.

Your answer should be in wrinting and filed with the Clerk of this Court. It may be prepared and signed for you by your counsel and sent to the Clerk of this Court by messenger or mail. It is not necessary for you to appear personally until further notice.

If you fail to file an Answer in accordance with this Amended Summons, judgment by default will be taken against you for the relief demanded in the First Amended Complaint.

Dated this 1st day of August, 2007.

/s/ Clerk of Court

4th of 4 publications

Bernadita A. Sablan
Clerk of Court

By: /s/ Deputy Clerk of Court
2007.

## GARAGE SALE

50" TV $2,000
· DVD Player · Speaker · Aircon $200
· DVD & Video player $100 etc.
For details please call
233-3332 & 898-9898

## HOUSE FOR RENT

Newly Renovated Western Style Home, 3 Bedrooms and 3 Full Bathrooms. Master suite with HUGE WALK-IN CLOSET. Tiled floors throughout. Partial Laulau Bay views from the second floor. Lots of extras including an auxiliary room/office, large upper deck area, landscape, yard, separate housekeeper's room, extra outdoor kitchen area (great for parties). Plenty of closets and storage space throughout the property. Located on nearly 1000 fenced and gated square meters in a safe Dandan neighborhood. Walking distance to Dandan Elementary School and a few minutes drive from the airport.

For lease at $1,200 per month. Call John at 287-6181

## PUBLIC ANNOUNCEMENT

This is to inform the public that Ms. Seina S. Manalo is no longer connected and employed by Titanium Corporation dba C.G.D. Easy Cash Pawnshop. Any transaction(s) entered into after June 30, 2007 will not be honored by the company.

*From the management*



## Procurement And Supply
## CNMI Government
### INVITATION TO BID

ITB NO.: ITB07-APO-117
Opening Date: September 10, 2007   TIME: 10:00 A.M.
"PURCHASE OF FOUR (4) WORKSTATIONS/MODULAR FURN FOR THE CNMI SUPERIOR COURT-OFFICE OF THE ADULT PRO
COPIES OF THE SPECIFICATIONS OF WORK MAY BE PICKED-UP AT THE THE DIRECTOR, DIVISION OF PROCUREMENT AND SUPPLY IN LOWER SAIPAN, DURING REGULAR WORKING HOURS.

PREFERENCE IS AVAILABLE TO LOCAL BIDDERS PER ARTICLE 7 O PROCUREMENT REGULATIONS AND MUST BE SUBMITTED WITH PREFERENCE IS CLAIMED.

/s/ ROBERT C. NARAJA
PRESIDING JUDGE

/s/ HERMAN S. SA
DIRECTOR P



Happy 4t
Belated Birthday
Happy Jemimah!
Birthd Love Mama,
Ate Jess! Papa & Nathan
from your fri