ROBERT J. O'CONNOR, Esq.
DAVID G. BANES, Esq.
GEORGE L. HASSELBACK, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

Attorneys for Ae Ja Elliot Park

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| AE JA ELLIOT PARK, <br><br> Plaintiff, <br><br> vs. <br><br> JARROD MANGLONA, MICHAEL LANGDON, ANTHONY MACARANAS, DEPARTMENT OF PUBLIC SAFETY and JUAN DOES 1-4, NORBERT DUENAS BABAUTA, <br><br> Defendants. | CIVIL ACTION NO. 07-0021 <br><br> PROOF OF SERVICE |

The undersigned does hereby certify that long arm service of the FIRST AMENDED COMPLAINT and AMENDED SUMMONS to **NORBERT DUENAS BABAUTA** was made as follows:

By personal delivery on August 6, 2007 upon:

Bernie Dela Cruz
Office of the Attorney General, Civil Division
Capitol Hill, Saipan

Dated this 7™ day of August, 2007.

Melissa Camacho

K:\David Banes\3268-01 AE JA ELLIOT PARK\Pleadings\Draft\3268-01-070807-PL-ProofService(longarm).doc

1