# United States District Court

──────────── DISTRICT OF ────────────

Northern Mariana Islands

Ae Ja Elliot Park

### SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

Jarrod Manglona, Michael Langdon,
Anthony Macaranas, Department of
Public Safety and Juan Does 1-4,
Norbert Duenas Babauta

TO: (Name and address of defendant)

Anthony Macaranas

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David G. Banes, Esq.
Law Offices of O'Connor Berman Dotts & Banes
Second Floor, Marianas Business Plaza
P.O. Box 501969
Saipan MP 96950

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

GALO L. PEREZ
CLERK

(BY) DEPUTY CLERK

June 8, 2007
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE 6/11/07 7:00 pm |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) RAINALDO S. AGULTO | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: AT HIS RESIDENCE IN AS LITO

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $ | TOTAL $ |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/11/07
           Date

Signature of Server

P.O. BOX 534 CHRB SAIPAN MP 96950
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.