**ROBERT J. O'CONNOR, Esq.**
**DAVID G. BANES, Esq.**
**GEORGE L. HASSELBACK, Esq.**
**O'Connor Berman Dotts & Banes**
**Second Floor, Nauru Building**
P.O. Box 501969
Saipan, MP96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

Attorneys for Ae Ja Elliot Park

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| AE JA ELLIOT PARK, | CIVIL ACTION NO. 07-0021 |
| Plaintiff, | |
| vs. | |
| JARROD MANGLONA, MICHAEL LANGDON, ANTHONY MACARANAS, DEPARTMENT OF PUBLIC SAFETY and JUAN DOES 1-4, NORBERT DUENAS BABAUTA, | MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT NORBERT DUENAS BABAUTA |
| Defendants. | |

    Plaintiff, by counsel, hereby moves this Honorable Court pursuant to Rule 55 (a) of the Federal Rules of Civil Procedure, to enter default against Defendant Norbert Duenas Babauta in this matter, because said Defendant has not filed an answer or otherwise appeared within the time set forth to answer the Complaint.

    Dated this    day of September, 2007.

                                 **O'CONNOR BERMAN DOTTS & BANES**
                                 Attorney for Plaintiff Ae Ja Elliot Park

                                 ___/s/_____
                                 By: David G. Banes