ROBERT J. O'CONNOR, Esq.
DAVID G. BANES, Esq.
GEORGE L. HASSELBACK, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

Attorneys for Ae Ja Elliot Park

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| AE JA ELLIOT PARK, | CIVIL ACTION NO. 07-0021 |
| Plaintiff, | |
| vs. | DECLARATION IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT NORBERT DUENAS BABAUTA |
| JARROD MANGLONA, MICHAEL LANGDON, ANTHONY MACARANAS, DEPARTMENT OF PUBLIC SAFETY and JUAN DOES 1-4, NORBERT DUENAS BABAUTA, | |
| Defendants. | |

I, DAVID G. BANES, as counsel for Plaintiff in the above entitled matter, do hereby affirm and certify as follows:

1. I am the attorney for the Plaintiff in the above-entitled case.

2. Upon my best knowledge and belief, Defendant Norbert Duenas Babauta is believed to have permanently left the Commonwealth.

1

3. Plaintiff attempted service upon Defendant Babauta. However, Plaintiff's process server learned from Defendant Babauta's brother that said Defendant moved to Guam. *See* Return of Service of Rainaldo Agulto, Exhibit "A" to the Declaration in Support of Ex Parte Motion for Publication previously filed with the Court.

4. Plaintiff attempted service upon Defendant Babauta on Guam. However, Plaintiff's process server on Guam was unable to locate said Defendant.

5. On August 6, 2007, long arm service was made to the Office of the Attorney General on August 6, 2007, as shown in the Proof of Service previously filed with the Court.

6. Publication of the Amended Summons was made at the Marianas Variety on August 3, 2007, August 10, 2007, August 17, 2007 and August 24, 2007, as shown in the Proof of Publication previously filed with the Court.

7. The 21 day period to respond or file an answer was on September 14, 2007.

8. Defendant Babauta has failed to plead, appear, defend or otherwise answer the First Amended Complaint within the time period set forth above.

9. The period within which to respond or file an answer has expired.

10. Counsel in good faith believes that Plaintiff is in law and equity entitled to have an entry of default entered against Defendant Babauta, pursuant to Rule 55 (a) of the Federal Rules of Civil Procedure.

1     I declare under penalty of perjury that the foregoing is true and correct and that this

2 declaration was executed on September 25, 2007 at Saipan, Commonwealth of the Northern

3 Mariana Islands.

                                            David G. Banes

K:\David Banes\3268-01 AE JA ELLIOT PARK\Pleadings\Draft\3268-01-070921-PL-DeclEntryDefault.doc