```
ROBERT J. O'CONNOR, Esq.
DAVID G. BANES, Esq.
GEORGE L. HASSELBACK, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683
```

FILED
Clerk
District Court

SEP 26 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Attorneys for Ae Ja Elliot Park

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| AE JA ELLIOT PARK,<br><br>   Plaintiff,<br><br>vs.<br><br>JARROD MANGLONA, MICHAEL LANGDON, ANTHONY MACARANAS, DEPARTMENT OF PUBLIC SAFETY and JUAN DOES 1-4, NORBERT DUENAS BABAUTA,<br><br>   Defendants. | CIVIL ACTION NO. 07-0021<br><br>ENTRY OF DEFAULT AGAINST DEFENDANT NORBERT DUENAS BABAUTA |

  Based on Plaintiff's Motion For Entry of Default and the Declaration, and it appearing after examination of the record and pleadings in this action that Defendant Norbert Duenas Babauta was duly served with the First Amended Complaint and Amended Summons in the manner required by law, and the time for answering having expired without any answer or response being filed or appearance being made, the default of the Defendant Norbert Duenas Babauta is hereby entered according to law.

  Dated this 26th day of September, 2007.

Galo Perez, Clerk of Court

By /s/ Ignacio C. Benavente
  Chief Deputy Clerk

1