**ROBERT J. O'CONNOR, Esq.**
**DAVID G. BANES, Esq.**
**GEORGE L. HASSELBACK, Esq.**
**O'Connor Berman Dotts & Banes**
**Second Floor, Nauru Building**
**P.O. Box 501969**
**Saipan, MP96950**
**Telephone No. (670) 234-5684**
**Facsimile No. (670) 234-5683**

**Attorneys for Ae Ja Elliot Park**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| **AE JA ELLIOT PARK,** ) | **CIVIL ACTION NO. 07-0021** |
| ) | |
| Plaintiff, ) | |
| vs. ) | **STIPULATION** |
| ) | |
| **JARROD MANGLONA, MICHAEL** ) | Judge : Munson |
| **LANGDON, ANTHONY MACARANAS,** ) | Date  : October 11, 2007 |
| **DEPARTMENT OF PUBLIC SAFETY and** ) | Time  : 9:00 a.m. |
| **JUAN DOES 1-4, NORBERT DUENAS** ) | |
| **BABAUTA,** ) | |
| Defendants. ) | |

**COME NOW**, Plaintiff and Defendants Manglona, Langdon. Macaranas and DPS, by and through counsel, and stipulate and agree as follows:

1) The hearing for Defendants' Motion to Dismiss set for October 11, 2007 at 9:00 a.m. is continued until November 15, 2007 at 8:30 a.m.

2) Plaintiff's Opposition shall be due on or before October 15, 2007.

3) Defendants' Reply shall be due on or before November 5, 2007.

1

1
2   **SO STIPULATED.**
3
4
5   Braddock J. Huesman                                O'Connor Berman Dotts & Banes
    Attorney for Defendants Jarrod Manglona,           Attorneys for Plaintiff Ae Ja Elliot Park
6   Michael Langdon, Anthony Macaranas, and
7   Department of Public Safety
8
9   _/s/_____                        _/s/_____
       Braddock J. Huesman, Esq.                           David G. Banes, Esq.
10
11
12
13
14
15  3268-01-070926-PL-Stipulation-epv
16
17
18
19
20
21
22
23
24
25
26
27
28

2