**ROBERT J. O'CONNOR, Esq.**
**DAVID G. BANES, Esq.**
**GEORGE L. HASSELBACK, Esq.**
**O'Connor Berman Dotts & Banes**
**Second Floor, Nauru Building**
**P.O. Box 501969**
**Saipan, MP 96950**
**Telephone No. (670) 234-5684**
**Facsimile No. (670) 234-5683**

**Attorneys for Ae Ja Elliot Park**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| **AE JA ELLIOT PARK,** ) | **CIVIL ACTION NO. 07-0021** |
| ) | |
| Plaintiff, ) | |
| vs. ) | **PROPOSED ORDER** |
| ) | |
| **JARROD MANGLONA, MICHAEL** ) | Judge : Munson |
| **LANGDON, ANTHONY MACARANAS,** ) | Date : October 11, 2007 |
| **DEPARTMENT OF PUBLIC SAFETY and** ) | Time : 9:00 a.m. |
| **JUAN DOES 1-4, NORBERT DUENAS** ) | |
| **BABAUTA,** ) | |
| Defendants. ) | |

Plaintiff's request for a continuance is GRANTED / DENIED . The parties' proposed Stipulation is hereby APPROVED / DENIED.

**SO ORDERED. _____.**

_____
Alex R. Munson

3268-01-070927-PL-Proposed Order-epv

1