F I L E D
Clerk
District Court

OCT - 1 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| AE JA ELLIOT PARK,<br><br>Plaintiff,<br><br>vs.<br><br>JARROD MANGLONA, MICHAEL LANGDON, ANTHONY MACARANAS, DEPARTMENT OF PUBLIC SAFETY and JUAN DOES 1-4, NORBERT DUENAS BABAUTA,<br><br>Defendants. | Civil Action No. 07-0021<br><br><u>Order Rescheduling Hearing</u> |

David G. Banes
Attorney at Law
P.O. Box 501969
Saipan, MP 96950

Braddock J. Huesman
CNMI Office of the Attorney General
Capital Hill
Saipan, MP 96950

The stipulated request by both parties to reschedule the Defendant's Motion To Dismiss from October 11, 2007, to November 15, 2007, at 8:30 a.m. is GRANTED.

DATED this 1st day of October, 2007.

*Alex R. Munson* (signature)

Judge Alex R. Munson

AO 72
(Rev. 8/82)