# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

*********************************************************************************

CV-07-0021                                              November 15, 2007
                                                        8:35 a.m.


### AE JA ELLIOT PART -v- JARROD MANGLONA, et al

PRESENT:    Hon. Alex R. Munson, Chief Judge Presiding
            Abigail Robinson, Law Clerk
            Faye Crozat, Court Reporter
            K. Lynn Lemieux, Courtroom Deputy
            Braddock Huesman, Attorney for Defendants

PROCEEDINGS:   MOTION TO DISMISS

　　　　Plaintiff was not represented in court by Attorney .   Defendants' counsel Attorney Jarrod Manglona was present.

　　　　Court noted for the record that Plaintiff's counsel was not present in Court and that this hearing date and time was stipulated by all counsel.

　　　　Attorney Huesman  argued on behalf of Defendants.

　　　　Court, after hearing argument, GRANTED the motion and stated that the matter regarding immunity would be taken under advisement and that a written decision would be forthcoming.

                              Adjourned 10:40 a.m.


                                          */s/* K. Lynn Lemieux, Courtroom Deputy