F I L E D
Clerk
District Court

NOV 15 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

AE JA ELLIOT-PARK,              )   Civil No. 07-0021
                                )
            Plaintiff           )
                                )
      v.                        )   ORDER DENYING
                                )   MOTION TO RE-SET
JARROD MANGLONA, *et al.*,      )   ORAL ARGUMENT
                                )
            Defendants          )
_____)

    THIS MATTER is before the court on plaintiff's unopposed motion to re-calendar oral argument on the motion that was set for hearing today at 8:30 a.m. In the interests of conserving the resources of the court and the parties, the court will rule on the motion without hearing further from the parties.

    Defendants arrived late for today's hearing, having mistakenly taken their cue from the face of plaintiff's filings, rather than their own September 28, 2007,

AO 72
(Rev. 08/82)

stipulation and the court's October 1, 2007, order adopting the parties' requested date and time for the hearing.

The motion to re-calendar this matter for oral argument is denied. Oral argument is at the discretion of the court. Here, the court fully read and reviewed the thoughtful and thorough motion, opposition, and reply, and is confident it fully understands and appreciates the respective positions of the parties.

IT IS SO ORDERED.

DATED this 15th day of November, 2007.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)