Braddock J. Huesman
T#00047
Assistant Attorney General
Hon. Juan A. Sablan Memorial Bldg., 2nd Fl.
Caller Box 10007, Capital Hill
Saipan, MP 96950-8907
Telephone:  (670) 664-2341
Fax:        (670) 664-2349

Attorney for Defendants Department of Public Safety,
Jarrod Manglona, Michael Langdon, and Anthony Macaranas.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| AE JA ELLIOT PARK, | CIVIL ACTION NO. 07-0021 |
| Plaintiff, | |
| vs. | **STIPULATION TO ENLARGE TIME** |
| JARROD MANGLONA, MICHAEL LANGDON, ANTHONY MACARANAS, DEPARTMENT OF PUBLIC SAFETY and JUAN DOES 1-5, NORBERT DUENAS BABUTA, | |
| Defendants. | |

**STIPULATION TO ENLARGE TIME**

Defendants Jarrod Manglona ("Defendant Manglona"), Michael Langdon ("Defendant Langdon"), Anthony Macaranas ("Defendant Macaranas") (collectively, the "DPS Defendants"), the Department of Public Safety ("DPS"), and Plaintiff Ae Ja Elliot-Park are parties to this lawsuit.

On December 17, 2007, Plaintiff filed her Second Amended Complaint.

DPS Defendants have agreed to waive service.

LA/576564v1

-1-

The parties stipulate that the DPS Defendants may have until January 31, 2008 to submit a response.

For these reasons, the parties ask the court to extend the time to respond to the Second Amended Complaint until January 31, 2008.

Respectfully submitted
January 18, 2008

| OFFICE OF THE ATTORNEY GENERAL | O'CONNOR BERMAN DOTTS & BANES |
|---|---|
| _____/S/_____ | _____/s/_____ |
| Braddock Huesman, T#00047 | Joseph E. Horey |

LA/576564v1

-2-