F I L E D
Clerk
District Court

JAN 1 8 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| AE JA ELLIOT PARK, ) | Civil Action No. 07-0021 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER APPROVING |
| ) | STIPULATION TO EXTEND |
| JARROD MANGLONA, *et al.*, ) | TIME TO FILE RESPONSIVE |
| ) | PLEADING TO SECOND |
| Defendants ) | AMENDED COMPLAINT |
| ) | |

BASED UPON the January 18, 2008, stipulation of the parties, and good cause appearing therefrom,

IT IS ORDERED that Department of Pubic Safety defendants shall have until January 31, 2008, to file an answer or other responsive pleading to plaintiff's second amended complaint.

DATED this 18th day of January, 2008.

*/s/ Alex R. Munson*

ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)