Braddock J. Huesman
T#00047
Assistant Attorney General
Hon. Juan A. Sablan Memorial Bldg., 2nd Fl.
Caller Box 10007, Capital Hill
Saipan, MP 96950-8907
Telephone: (670) 664-2341
Fax: (670) 664-2349

Attorney for Defendants Department of Public Safety,
Jarrod Manglona, Michael Langdon, and Anthony
Macaranas.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| AE JA ELLIOT PARK,<br><br>Plaintiff,<br><br>vs.<br><br>JARROD MANGLONA, MICHAEL LANGDON, ANTHONY MACARANAS, DEPARTMENT OF PUBLIC SAFETY and JUAN DOES 1-5, NORBERT DUENAS BABUTA,<br><br>Defendants. | CIVIL ACTION NO. 07-0021<br><br>**DECLARATION OF**<br>**BRADDOCK J. HUESMAN** |

COMES NOW Braddock J. Huesman, who, under penalty of perjury, declares:

I am over the age of eighteen and fully competent to make this Declaration, and would testify to the matters contained herein in a court of law if called to do so.

I am an Assistant Attorney General for the Commonwealth of the Northern Mariana Islands. Part of my responsibilities as an Assistant Attorney General include the oversight of civil litigation cases brought against the Commonwealth of the Northern Mariana Islands. One

LA/576564v1

-1-

such case is *Park v. Manglona, et. al*; Civil Action No. 07-0021.

I am an attorney admitted to practice in the Commonwealth of the Northern Mariana Islands. The nature of this case required that I spend 20 hours defending this suit. This time includes: Westlaw research time for the most recent motion to dismiss; drafting the most recent motion to dismiss; editing the most recent motion to dismiss; and attorney meetings discussing the most recent motion to dismiss. This time does not include any hours spent on the original motion to dismiss.

I have been a practicing attorney since the year 2000 and a fee of $100 an hour is a reasonable fee for the services performed.

This rate is below what is charged in this area for the same or similar services by an attorney with my experience, reputation, and ability, considering the nature of the controversy, the time limitations imposed, the results obtained compared with results in similar cases, and the nature and length of my relationship with DPS Defendants."

I swear under penalty of perjury that the above and foregoing is true and correct, that I have personal knowledge of the facts contained above, and that I execute this Declaration on the island of Saipan, Commonwealth of the Northern Mariana Islands, this 31st day of January, 2008.

                                                       **/s/**
                                       Braddock J. Huesman, T0047