1  **O'CONNOR BERMAN DOTTS & BANES**
   **Second Floor, Nauru Building**
2  **1 Nauru Loop**
   **Susupe, Saipan, CNMI**
3  **Mail: PO Box 50-1969 Saipan MP 96950**
   **Phone: 234-5684**
4  **Fax: 234-5683**
   **E-mail: attorneys@saipan.com**
5
   **Attorneys for Plaintiff**
6
                    **IN THE DISTRICT COURT**
7              **FOR THE NORTHERN MARIANA ISLANDS**

8  **AE JA ELLIOT PARK,**                    )    **Civ. No. 07-0021**
                                             )
9                      **Plaintiff,**         )
                                             )    **STIPULATION**
10            **vs.**                         )    **RE BRIEFING AND**
                                             )    **HEARING OF MOTIONS**
11 **JARROD MANGLOÑA, et al.,**              )
                                             )
12                     **Defendants.**        )
   _____ )

13

14

15        Plaintiff Ae Ja Elliot Park and Defendants Jarrod Manglona, et al., hereby stipulate and agree

16 to the following modified briefing and hearing schedule on Defendants' Motion to Dismiss and

   Motion For Attorney's Fees:
17
          1. Plaintiff's Opposition Brief due on or before March 14, 2008.
18
          2. Defendants' Reply Brief due on or before March 27, 2008.
19
          3. Hearing on April 10, 2008, at 8:30 am, or such later date and time as may be convenient
20
   to the Court.
21

22
   So stipulated this 12th day of April, 2008.
23
   O'CONNOR BERMAN DOTTS & BANES          OFFICE OF THE ATTORNEY GENERAL
24 Attorneys for Plaintiff                 Attorneys for Defendants

25

26
   by:_____/s/_____    by:_____/s/_____
27          Joseph E. Horey                          Braddock J. Huesman

28

1    *3268-01-080212-STIP re briefing and hearing.wpd*

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28