F I L E D
Clerk
District Court

FEB 1 3 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

AE JA ELLIOT PARK,

    Plaintiff,

v.

JARROD MANGLOÑA, et al.,

    Defendants.
_____/

Civil Action No. 07-0021

ORDER GRANTING
STIPULATION RE BRIEFING
AND HEARING OF MOTIONS

NOW BEFORE the Court is the parties' Stipulation Re Briefing and Hearing of Motions. The Court hereby GRANTS the stipulation. The briefing schedule for Defendants' Motion to Dismiss and Motion for Attorney's Fees is as follows:

1. Plaintiff's Opposition Brief shall be due by March 14, 2008;

2. Defendants' Reply Brief shall be due by March 27, 2008; and

3. The Motion shall be heard on April 10, 2008 at 8:30 a.m.

**IT IS SO ORDERED.**

Dated:   February 13, 2008

                                          /s/ Alex R. Munson
                                       ALEX R. MUNSON
                                       UNITED STATES DISTRICT JUDGE