# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

*********************************************************************************

CV-07-0021                                                      April 10, 2008
                                                                8:35 a.m.

### AE JA ELLIOT PARK -v- JARROD MANGLONA, et al

PRESENT:     Hon. Alex R. Munson, Chief Judge Presiding
             Abigail Robinson, Law Clerk
             Sanae Shmull, Court Reporter
             K. Lynn Lemieux, Courtroom Deputy
             Braddock Huesman, AAG
             Joseph Horey, Attorney for Plaintiff

PROCEEDINGS:   MOTION TO DISMISS/MOTION FOR ATTORNEYS FEES

    Plaintiff was represented by Attorney Joseph Horey. Defendants' counsel Attorney Braddock Huesman was present.

    Initially, Court announced that the previous Motion to Strike was DENIED.

    Attorney Huesman argued the motion. Attorney Horey argued on behalf of the Plaintiff.

    Court, after hearing argument, took the matter under advisement and stated that a written decision would be forthcoming.

                                    Adjourned 9:20 a.m.


                                    */s/* K. Lynn Lemieux, Courtroom Deputy