Braddock J. Huesman
F0367
Assistant Attorney General
Hon. Juan A. Sablan Memorial Bldg., 2nd Fl.
Caller Box 10007, Capital Hill
Saipan, MP 96950-8907
Telephone: (670) 664-2341
Fax: (670) 664-2349

Attorney for Defendants Department of Public Safety, Jarrod Manglona, Michael Langdon, and Anthony Macaranas.

FILED
Clerk
District Court

MAY -6 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| AE JA ELLIOT PARK,<br><br>Plaintiff,<br><br>vs.<br><br>JARROD MANGLONA, MICHAEL LANGDON, ANTHONY MACARANAS, DEPARTMENT OF PUBLIC SAFETY and JUAN DOES 1-4, NORBERT DUENAS BABUTA,<br><br>Defendants. | CIVIL ACTION NO. 07-0021<br><br>NOTICE OF INTENTION NOT TO ORDER TRANSCRIPTS; STATEMENT OF ISSUES |

**NO TRANSCRIPTS REQUIRED**

**Notice is given** that Jarrod Manglona, Michael Langdon, Anthony Macaranas and the Department of Public Safety, who are all the defendants named in the above-captioned case, do not intend to order transcripts in this matter. *See* Transcript Designation and Ordering Form attached hereto.

LA/576564v1

-1-

## STATEMENT OF ISSUES

Supreme Court directs courts to apply a two-step process whenever they analyze an entitlement to qualified immunity. First, they are to evaluate whether the officer's conduct violated a constitutional right. Next, they look to whether the constitutional right was clearly established.[1]  The trial court found that Ms. Park's rights were violated and that her constitutional rights were well established.  Did the court err in so finding?

---

[1] *Saucier v. Katz,* 533 U.S. 194, 121 S.Ct. 2151, 150 L.Ed.2d 272 (2001).

Respectfully submitted
Tuesday, May 06, 2008
OFFICE OF THE ATTORNEY GENERAL

_____
Braddock Huesman, F0367

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Appellate Procedure 25(d) and Federal Rules of Civil Procedure 4(c)(2) and 5(b) & (d), the undersigned states as follows:

1. I am eighteen years of age or older, and I certify that I caused to be served the following documents to the last know address(es) listed below on Tuesday, May 06, 2008.

> Notice of Intention Not to Order Transcripts
> Statement of Issues
> Civil Appeals Transcript Form

2. As set forth below, this service was accomplished by electronic filing and personal delivery on:

> David G. Baines
> Joseph E. Horey
> George Hasselback,
> O'Connor Berman Dotts & Baines
> PO Box 501969, Saipan, MP 96950
> (670) 234-5684,

_____
Braddock Huesman, F0367

LA/576564v1