1  **O'CONNOR BERMAN DOTTS & BANES**
   **Second Floor, Nauru Building**
2  **Marianas Busines Plaza**
   **1 Nauru Loop**
3  **Susupe, Saipan, CNMI**
   **Mail: PO Box 50-1969 Saipan MP 96950**
4  **Phone: 234-5684**
   **Fax: 234-5683**
5  **E-mail: attorneys@saipan.com**

6  **Attorneys for Plaintiff**

7           **IN THE DISTRICT COURT**
         **FOR THE NORTHERN MARIANA ISLANDS**
8
   **AE JA PARK ELLIOT,**              )    Civ. No. 07-0021
9                                       )
             **Plaintiff,**             )
10                                      )    **NOTICE RE TRANSCRIPT**
             vs.                        )
11                                      )
   **JARROD MANGLOÑA, et al.,**         )
12                                      )
             **Defendants.**            )
13  _____)

14

15       Pursuant to Ninth Circuit Rule 10-3.1(b) and the Ninth Circuit's Time Schedule Order of

16  May 5, 2008, Plaintiff / Appellee hereby gives notice that she does not deem any portion of the

17  transcript to be necessary to the appeal.

18

19  Dated: May 15, 2008.

20

21                                          O'CONNOR BERMAN DOTTS & BANES
                                            Attorneys for Plaintiff
22

23

24                                          By_____/s/_____
                                                      Joseph E. Horey
25

26  *3268-01-080515-notice re transcripts.wpd*

27

28